**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Skolem Group, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **83-3879335**

**4. Debtor's address**

**Principal place of business**

**520 Newport Center Drive, Suite 480**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**9710-9886 Central Ave Montclair, CA 91763**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor **Skolem Group, LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Cantor Group, LLC** | Relationship | **Affiliate** |
| District | **Central District of California - Santa Ana Division** When **5/29/26** | Case number, if known | **8:26-bk-11706-SC** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Skolem Group, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 17, 2026**
MM / DD / YYYY

X ______________________________
Signature of authorized representative of debtor

**Ioannis Xilikakis**
Printed name

Title **Manager**

**18. Signature of attorney**

X ______________________________
Signature of attorney for debtor

Date **June 22, 2026**
MM / DD / YYYY

**Kyra E. Andrassy**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone **(310) 440-4100** Email address **kandrassy@raineslaw.com**

**207959 CA**
Bar number and State

**ACTION BY WRITTEN CONSENT OF
SKOLEM GROUP, LLC**

June 16, 2026

The undersigned manager (the "**Manager**") of Skolem Group, LLC, a California limited liability company (the "**Company**"), hereby approves and adopts, in accordance with the laws of the State of Delaware and the governing agreements of the Company, the following resolutions:

**WHEREAS**, the Manager has reviewed and considered historical performance and results of the Company, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

**WHEREAS**, the Company has determined to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"); and

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company to pursue relief under the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**1. Commencement of Chapter 11 Case**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and

**2. Retention of Professionals**

**RESOLVED**, that the Company shall retain Raines Feldman Littrell LLP as its general bankruptcy counsel to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities).

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consent as of the date first written above.

**SKOLEM GROUP, LLC**

DocuSigned by:
By: Ioannis Xilikakis
C595744E7F2D490...
Ioannis Xilikakis, Manager

Fill in this information to identify the case:

Debtor name **Skolem Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 17, 2026** X ____________
Signature of individual signing on behalf of debtor

**Ioannis Xilikakis**
Printed name

**Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Skolem Group, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vierergruppe Management Inc.<br>1932 East Deere Avenue<br>Suite 150<br>Santa Ana, CA 92705** | **jennifer@vgruppemanagement.com<br>(714) 442-0625** | | | | | **$72,672.54** |
| **Joses Nuevo Landscaping LLC<br>3857 Birch Street<br>Suite 209<br>Newport Beach, CA 92660** | | | | | | **$50,850.00** |
| **Lucky Laundry<br>c/o Chong W Pak,<br>Aeja Pak,<br>and Gina Pak<br>9802 Central Ave<br>Montclair, CA 91763** | | **Security Deposit** | | | | **$9,974.55** |
| **Rose Spa<br>c/o Qiue Zhao<br>9734 Central Ave<br>Montclair, CA 91763** | | **Security Deposit** | | | | **$6,168.44** |
| **Smark Key Locksmith<br>25211 Sunnymead Blvd<br>Suite C-4<br>Moreno Valley, CA 92553** | **smartkeylocksmiths@yahoo.com<br>(951) 544-2544** | | | | | **$5,133.00** |
| **First Dental Group<br>Dr Simon Chang<br>9804 Central Ave<br>Montclair, CA 91763** | **ychangdds@gmail.com** | **Security Deposit** | | | | **$4,080.00** |

Debtor **Skolem Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Medical Office of Dr. Do<br>Attn: Dr. Khai Do<br>9880 Central Ave<br>Montclair, CA 91763** | | **Security Deposit** | | | | **$3,500.00** |
| **Arco Glass Plus Inc<br>120 W Holt Blvd<br>Unite #9388<br>Ontario, CA 91762** | | | | | | **$3,300.00** |
| **Rise Above Studios<br>c/o Aimee O'Neill and<br>Christopher Garcia<br>9746 Central Ave<br>Montclair, CA 91763** | | **Security Deposit** | | | | **$2,000.00** |
| **Burrtec Waste Industries, Inc (270)<br>P.O. Box 515136<br>Los Angeles, CA 90051** | | | | | | **$1,911.12** |
| **Kuri Services LLC<br>14817 Janine Dr<br>Whittier, CA 90605** | | | | | | **$1,764.00** |
| **Dominion Disposal<br>1536 E Pinewood Ave<br>Anaheim, CA 92805** | **dominiondisposal@mail.com<br>(714) 402-0274** | | | | | **$1,710.00** |
| **The Beauty Spot by Liz LLC<br>c/o Lisette Espinoza<br>9732 Central Ave<br>Montclair, CA 91763** | **lisetteespinoza96@gmail.com** | **Security Deposit** | | | | **$1,203.65** |
| **F.J. Kaile<br>dba Kaile Barber Shop<br>9818 Central Ave<br>Montclair, CA 91763** | | **Security Deposit** | | | | **$1,000.00** |
| **Hazzard Backflow Inc<br>558-1 Birch Street<br>Lake Elsinore, CA 92530** | **hazzardbackflow@yahoo.com<br>(951) 445-0809** | | | | | **$955.00** |
| **VSS Electric, Inc<br>1890 Trotter Trail<br>Norco, CA 92860** | **brad@vsselectric.com<br>(951) 279-9048,** | | | | | **$760.00** |
| **City of Montclair<br>PO Box 2308<br>Montclair, CA 91763** | | | | | | **$738.96** |

Debtor **Skolem Group, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Trend Systems Group<br>2126 S Standard Avenue<br>Santa Ana, CA 92707** | **joshua.cota@trendsystems.net<br>(714) 936-6545** | | | | | **$390.00** |
| **AV Deshawn Grounds** | | | | | | **$30.63** |

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Kyra E. Andrassy**
**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
**(310) 440-4100**
California State Bar Number: **207959 CA**
**kandrassy@raineslaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Skolem Group, LLC**

Debtor(s).

CASE NO.:
CHAPTER: **11**

# VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 5 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 17, 2026** ______________________
Signature of Debtor 1

Date: ______________________ ______________________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 22, 2026** ______________________
Signature of Attorney for Debtor (if applicable)

Skolem Group, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701

Arco Glass Plus Inc
120 W Holt Blvd
Unite #9388
Ontario, CA 91762

AV Deshawn Grounds

Bank of America, N.A.
100 N. Tyron Street
Mail Code NC1-007-25-50
Property ID (CAW-468)
Charlotte, NC 28255

Burger King
9710 Central Ave
Montclair, CA 91763

Burger King
California Food Managment, LLC
c/o Michael Amingour
8306 Wilshire Blvd, #5002
Beverly Hills, CA 90211

Burrtec Waste Industries, Inc
PO Box 515136
Los Angeles, CA 90051

Burrtec Waste Industries, Inc (270)
P.O. Box 515136
Los Angeles, CA 90051

City of Montclair
PO Box 2308
Montclair, CA 91763

Dan Cline Architecture Inc.
c/o F Albert Ibrahim
Case, Ibrahim & Clauss LLP
15615 Alton Pkwy, Suite 450
Irvine, CA 92618

Dollar General Store #13405
Dolgen California, LLC
Attn: General Counsel
100 Mission Ridge
Goodlettsville, TN 37072

Dollar General Store #13405
Dolgen California, LLC
Attn: Melissa L Heisse
100 Mission Ridge
Goodlettsville, TN 37072

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805

Dr Simon Chang
dba First Dental Group
3232 Bent Twig Lane
Diamond Bar, CA 91765-3809

Dutch Bros
9752 Central Ave
Montclair, CA 91763

Ellington
Elizon DB 2016-1 Trust
53 Forest Avenue
Old Greenwich, CT 06870

F.J. Kaile
dba Kaile Barber Shop
9818 Central Ave
Montclair, CA 91763

First Dental Group
Dr Simon Chang
9804 Central Ave
Montclair, CA 91763

Hazzard Backflow Inc
558-1 Birch Street
Lake Elsinore, CA 92530

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660

Kuri Services LLC
14817 Janine Dr
Whittier, CA 90605

Lisette Espinoza
9910 Lindero Ave
Montclair, CA 91763

Lucky Laundry
c/o Chong W Pak, Aeja Pak,
and Gina Pak
9802 Central Ave
Montclair, CA 91763

Medical Office of Dr. Do
Attn: Dr. Khai Do
9880 Central Ave
Montclair, CA 91763

Monte Vista Water District
PO Box 3127
Rocklin, CA 95677

Newmark Pacific, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Newmark Southern California, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Rise Above Studios
c/o Aimee O'Neill and
Christopher Garcia
9746 Central Ave
Montclair, CA 91763

Rose Spa
c/o Qiue Zhao
9734 Central Ave
Montclair, CA 91763

Smark Key Locksmith
25211 Sunnymead Blvd
Suite C-4
Moreno Valley, CA 92553

Southern California Edison
PO Box 300
Rosemead, CA 91772

Sprouts
9790 Central Ave
Montclair, CA 91763

The Beauty Spot by Liz LLC
c/o Lisette Espinoza
9732 Central Ave
Montclair, CA 91763

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

VSS Electric, Inc
1890 Trotter Trail
Norco, CA 92860

Yum Yum Donut Shops
9886 Central Ave
Montclair, CA 91763

Yum Yum Donut Shops Inc.
Attn Accounting
18830 East San Jose Ave
Rowland Heights, CA 91748