| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra, E. Andrassy, State Bar No. 207959<br>kandrassy@raineslaw.com<br>Stephen M. Mott, State Bar No. 362642<br>smott@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-11915-SC |
|---|---|
| SKOLEM GROUP, LLC,<br><br>Debtor(s). | CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: August 26, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701 |

1. Bar Date. The court has set a deadline of *(date)* November 2, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* June 22, 2026, and therefore calculates that this deadline is *(date)* December 21, 2026 ). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: September 2, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **09/02/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Christian T Kim** ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On *(date)* **09/02/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **09/02/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/02/2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:26-bk-11915-SC
Central District of California
Santa Ana
Tue Sep 1 11:42:21 PDT 2026

C & A Restoration Inc
c/o Dumas & Kim, APC.
915 Wilshire Blvd.
Ste. 1775
Los Angeles, CA 90017-3575

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Grobstein Teeple LLP
6300 Canoga Ave Ste 1500W
Woodland Hills, CA 91367-2555

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Raines Feldman Littrell LLP
4675 MacArthur Ct Ste 1550
Newport Beach, CA 92660-2042

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Skolem Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Andrew Stupin
215 5th Street, Suite A
Huntington Beach CA 92648-8101

Arco Glass Plus Inc
120 W Holt Blvd
Unite #9388
Ontario, CA 91762-3822

Bank of America, N.A.
100 N. Tyron Street
Mail Code NC1-007-25-50
Property ID (CAW-468)
Charlotte, NC 28255-0001

Burger King
9710 Central Ave
Montclair, CA 91763-2815

Burger King
California Food Management, LLC
c/o Michael Amingour
8306 Wilshire Blvd, #5002
Beverly Hills, CA 90211-2304

Burrtec Waste Industries, Inc
PO Box 515136
Los Angeles, CA 90051-5136

Burrtec Waste Industries, Inc (270)
P.O. Box 515136
Los Angeles, CA 90051-5136

City of Montclair
PO Box 2308
Montclair, CA 91763-0808

County of Orange Treasurer-Tax Collector
PO Box 4515
Santa Ana CA 92702-4515

Dan Cline Architecture Inc.
c/o F Albert Ibrahim
Case, Ibrahim & Clauss LLP
15615 Alton Pkwy, Suite 450
Irvine, CA 92618-3308

Deba shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

Dollar General Store #13405
Dolgen California, LLC
Attn: General Counsel
100 Mission Ridge
Goodlettsville, TN 37072-2171

Dollar General Store #13405
Dolgen California, LLC
Attn: Melissa L Heisse
100 Mission Ridge
Goodlettsville, TN 37072-2171

Dominion Disposal
1536 E Pinewood Ave
Anaheim, CA 92805-1241

Dr Simon Chang
dba First Dental Group
3232 Bent Twig Lane
Diamond Bar, CA 91765-3809

Dutch Bros
9752 Central Ave
Montclair, CA 91763

Ellington
Elizon DB 2016-1 Trust
53 Forest Avenue
Old Greenwich, CT 06870-1537

Employment Develop ent Department
Bankruptcy Group MIC 92E (ADD)
Sacramento, CA 94280-0001

Eye Specialists an Laser Center of
Texas PA Defined B nefit Pension
Plan (DBPP)
510 Ranch Train, #100
Irving, TX 75063-4879

F.J. Kaile
dba Kaile Barber Shop
9818 Central Ave
Montclair, CA 91763-2817

Feldstein Living Trust
2877 Motor Ave
Los Angeles, CA 90064-3439

First Dental Group
Dr Simon Chang
9804 Central Ave
Montclair, CA 91763-2817

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Gerald Marcil
43 Malaga Cove Plaza
Suite D
Palos Verdes Peninsula, CA 90274-1346

Gurraj Malik
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Hazzard Backflow Inc
558-1 Birch Street
Lake Elsinore, CA 92530-2715

Ioannis Xilikakis
23572 Duryea Drive
Lake Forest, CA 92630-3746

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660-2616

Kuri Services LLC
14817 Janine Dr
Whittier, CA 90605-1705

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

Lisette Espinoza
9910 Lindero Ave
Montclair, CA 91763-3209

Lucky Laundry
c/o Chong W Pak, Aeja Pak,
and Gina Pak
9802 Central Ave
Montclair, CA 91763-2817

Malik Bros 2 LLC
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Marcus Colabianchi
Duane Morris
One Market Plaza
Suite 2200
San Francisco, CA 94105-1198

Medical Office of Dr. Do
Attn: Dr. Khai Do
9880 Central Ave
Montclair, CA 91763-2817

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Monte Vista Water District
PO Box 3127
Rocklin, CA 95677-8466

Newmark Pacific, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Newmark Southern California, Inc.
c/o Andrew Raunau
Cantor Fitzgerald Securities
18401 Von Karman Ave, #150
Irvine, CA 92612-8590

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Papillon Financial Services
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Rise Above Studios
c/o Aimee O'Neill and
Christopher Garcia
9746 Central Ave
Montclair, CA 91763-2815

Rose Spa
c/o Qiue Zhao
9734 Central Ave
Montclair, CA 91763-2815

SFM, LLC
Attn Senior Real Estate Counsel
5455 E High Street, Suite 111
Phoenix, AZ 85054-5464

San Bernardino County Tax Collector
268 W Hospitality Lane
1st Floor
San Bernardino, CA 92408-3229

Smark Key Locksmith
25211 Sunnymead Blvd
Suite C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Sprouts
9790 Central Ave
Montclair, CA 91763-2815

Sprouts Farmers Ma ket
SFM, LLC
Attn Property Manager
5455 E High Street, Suite 111
Phoenix, AZ 85054-5463

State Board of Equ lization
Special Operations Bankruptcy Team (ADD)
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

The Beauty Spot by Liz LLC
c/o Lisette Espinoza
9732 Central Ave
Montclair, CA 91763-2815

The Stupin FamilyT rust
Dated April 3, 200
215 5th Street, Suite A
Huntington Beach, CA 92648-8101

Trend Systems Group
2126 S Standard Avenue
Santa Ana, CA 92707-3035

Tridev Assurance C mpany Inc
21218 Pacific Coas HWY
Malibu, CA 90265-5247

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20 20220-0002

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

VSS Electric, Inc
1890 Trotter Trail
Norco, CA 92860-2877

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

WNM Enterprises
34145 Pacific Coast Hwy, #402
Dana Point, CA 92629-2731

Yum Yum Donut Shops
9886 Central Ave
Montclair, CA 91763-2817

Yum Yum Donut Shops Inc.
Attn Accounting
18830 East San Jose Ave
Rowland Heights, CA 91748-1325

segal Family Trust
1135 Fallen Leaf Road
Arcadia, CA 91006-1906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
PO Box 300
Rosemead, CA 91772

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Ellington Management Group, LLC

(u)Official Committee of Unsecured Creditors

(u)AV Deshawn Grounds

(d)INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

(d)Skolem Group, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Mohammad Honarkar

End of Label Matrix
Mailable recipients 75
Bypassed recipients 9
Total 84