FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

Name of Debtor(s) listed on the bankruptcy case:
SKOLEM GROUP, LLC

CASE NO.: 8:26-bk-11915-SC

CHAPTER: 11

## CHANGE OF MAILING ADDRESS

1. This change of mailing address is requested by: ☒ Debtor ☐ Joint-Debtor ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s): SKOLEM GROUP, LLC

   Mailing Address: 520 Newport Center Drive, Suite 480

   City, State, Zip Code: Newport Beach, CA 92660-7034

3. **New Address:**

   Mailing Address: 6300 Canoga Avenue, Suite 1500W

   City, State, Zip Code: Woodland Hills, CA 91367

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number ______________________

   Joint Debtor's DeBN account number ______________________

Date: 9/25/24

Howard Grobstein
Requestor's printed name(s)

[signature]
Requestor's signature(s)

Manager
Title (if applicable, of corporate officer, partner, or agent)